1  BRYAN SEAN McKOWN (SBN: 133747)
   BOLFANGO & McKOWN, LLP
2  235 Montgomery Street, Suite 725
   San Francisco, California 94104
3  Telephone: (415) 364-4004
   Facsimile (415) 364-4001

Attorneys for Defendants,
AMK ENTERPRISES dba Jack In The Box, a California partnership incorrectly sued as, AMK ENTERPRISES, a California partnership, dba JACK IN THE BOX OF SAN ANSELMO and dba JACK IN THE BOX OF SAN RAFAEL, AHSAN M. KHAN, an individual, and ELIXMAENA KHAN, an individual, aka "MAGALY" KHAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY, an Iowa corporation, | Case No. C 06 1729 CRB |
| Plaintiff, | ORDER |
| v. | |
| AMK ENTERPRISES, a California partnership, dba JACK IN THE BOX OF SAN ANSELMO and dba JACK IN THE BOX OF SAN RAFAEL; AHSAN M. KHAN, an individual; and ELIXMAENA KAHN, an individual aka "MAGALY" KAHN, | |
| Defendants. | |

Pursuant Local Rule 6-1(a) and the plaintiff 's and defendants' STIPULATION TO EXTEND THE TIME TO FILE INITIAL RESPONSE TO THE COMPLAINT filed on May 2, 2006, it is ORDERED THAT: Defendants may file their initial response to the Complaint on or before May 17, 2006.

DATED: __May 18, 2006__        By: _____
                                    Honorable _____

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**ORDER EXTENDING TIME**
**Case No. C 06 1729 CRB**                                    Page 1 of 2